## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **ETHEL M. SAUBER and STONE M. SAUBER, A MINOR, BY AND THROUGH HIS NATURAL MOTHER AND NEXT FRIEND, ETHEL M. SAUBER,** | * * * * * * | **CASE NO.** |
| | | **JUDGE** |
| **Plaintiffs,** | * * | **NOTICE OF REMOVAL** |
| **v.** | * * | |
| **EVANS DELIVERY COMPANY, INC. AND CHRISTOPHER CIESLA,** | * * * * | |
| **Defendants.** | * | |

Defendants Evans Delivery Company, Inc. and Christopher Ciesla hereby remove this action from the Court of Common Pleas, Hardin County, Ohio to the United States District Court, Northern District of Ohio, Western Division. As grounds for removing this action, defendants state as follows:

1.     On August 11, 2022, plaintiffs commenced this action for personal injury against defendants Evans Delivery Company, Inc. and Christopher Ciesla, in the Hardin County Court of Common Pleas, Case No. 20221109CVC captioned *Ethel M. Sauber, et al. v. Evans Delivery Company, Inc., et al.*  The lawsuit arises out of a motor vehicle accident that occurred on August 12, 2020 in the City of

Kenton, Hardin County, Ohio in which plaintiffs claim they were injured. The summons and complaint and all filings in the state court action are attached as Exhibit A.

2.      Defendant Evans Delivery Company, Inc. was served with the summons and complaint on August 15, 2022. As to Defendant Christopher Ciesla, it is unclear if service has been perfected.

3.      Thirty days have not yet expired from the date on the court docket showing as the date of service on any of the defendants.

4.      This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between plaintiffs and defendants and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Because this Court has original jurisdiction, defendants may remove this action from the state court to this court pursuant to 28 U.S.C. § 1441.

5.      This action is between citizens of different states. In the complaint, plaintiff is identified as a resident of Kenton, Hardin County, Ohio. Defendants Evans Delivery Company, Inc. is a citizen of Pennsylvania because it was organized and registered in Pennsylvania. Defendant Christopher Ciesla is a resident of Surprise, Arizona.

6.     The complaint also states that plaintiff Ethel Sauber sustained injuries and damages which are not limited to:

- Severe and permanent injuries;

- Lost wages in an amount in excess of $500.00;

- Reasonable and necessary medical expenses in the amount of approximately $41,161.40; and

- Past and future pain and suffering.

7.     The complaint also states that plaintiff Stone Sauber, a minor, sustained injuries and damages which are not limited to:

- Severe and permanent injuries;

- Reasonable and necessary medical expenses in the amount of $21,443.00; and

- Past and future pain and suffering.

8.     Based on the foregoing, the plaintiffs allege they suffered serious, permanent injuries and claim a combined $62,604.40 in medical damages.

9.     The complaint seeks judgment "exceeding $25,000.00" plus interest, the costs of this action, reasonable attorney fees and expenses in damages, plus costs, expenses and interest.

10.    On the basis of the foregoing, plaintiffs' claims satisfy the jurisdictional amount for removal on the basis of diversity jurisdiction.

11.     Removal to this court is proper under 28 U.S.C. § 1441(a) because this court is the United States District Court for the district where the state court action was pending. The Court of Common Pleas for Hardin County is located in the Northern District of Ohio, Western Division.

11.     All defendants consent to this removal.  The undersigned counsel represents all defendants in this action and avers that she has the consent of all defendants to remove this matter.

12.     Defendants reserve the right to supplement this Notice of Removal and/or to present additional arguments in support of its entitlement to removal.

13.     A Notice of Filing this Notice of Removal and a copy of this Notice of Removal will be filed with the Court of Common Pleas, Hardin County, Ohio as required by 28 U.S.C.§ 1446(d).

14.     By virtue of this Notice of Removal, the Notice filed in the state court action and the notice to plaintiff, defendants do not waive their right to assert any defense or motion permitted by the Federal Rules of Civil Procedure. Further, no admission of fact, law or liability is intended by this Notice of Removal and all defenses, affirmative defenses and motions are hereby reserved.

FOR THE FOREGONG REASONS, defendants Evans Delivery Company, Inc. and Christopher Ciesla serve notice that this action is hereby removed from

the Court of Common Pleas, Hardin County, Ohio to the United States District Court for the Northern District of Ohio, Western Division.

Respectfully submitted,

/s/ Sarah V. Beaubien
**JOSEPH PAPPALARDO(0014326)**
**jpappalardo@gallaghersharp.com**
**SARAH V. BEAUBIEN (0087735)**
**sbeaubien@gallaghersharp.com**
**GALLAGHER SHARP LLP**
**420 Madison Avenue, Suite 1250**
**Toledo, OH 43604**
**Tel.: (419) 241-4860**
**Fax: (419) 241-4866**
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Removal* was served upon Jordan R. Wolfe, Esq., Marc S. Triplett, Esq. and Tina M. McFall, Esq., Triplett, McFall & Wolfe Law, LLC, 332 South Main Street, Bellefontaine, OH 43311 by ordinary U.S. mail this 8th day of September, 2022.

/s/ Sarah V. Beaubien
**JOSEPH PAPPALARDO (0014326)**
**SARAH V. BEAUBIEN (087735)**
**GALLAGHER SHARP LLP**
***Attorneys for Defendants***

JS 44  (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Ethel M. Sauber, et al. | Evans Delivery Company, Inc., et al. |

| (b)  County of Residence of First Listed Plaintiff   Hardin<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Pennsylvania<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
|---|---|
| (c)  Attorneys *(Firm Name, Address, and Telephone Number)*<br>Jordan R. Wolfe (0093059) Marc S. Triplett (0021222)Tina M. McFall (0082586)<br>Triplett, McFall & Wolfe Law, LLC, 332 South Main Street, Bellefontaine, OH<br>43311 (937) 593-6591 | Attorneys *(If Known)*   Joseph W. Pappalardo (0014326)Sarah V. Beaubien (0087735)<br>Gallagher Sharp LLP, 420 Madison Avenue, Suite 1250<br>Toledo, OH 43604<br>(419) 241-4860 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government
  Plaintiff
- [ ] 2  U.S. Government
  Defendant
- [ ] 3  Federal Question
  *(U.S. Government Not a Party)*
- [x] 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place<br>of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place<br>of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a<br>Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure<br>of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury -<br>Product Liability | [ ] 690 Other | [ ] 423 Withdrawal<br>28 USC 157 | [ ] 376 Qui Tam (31 USC<br>3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product<br>Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel &<br>Slander | Pharmaceutical<br>Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment<br>& Enforcement of Judgment | [ ] 330 Federal Employers'<br>Liability | Product Liability | | [ ] 820 Copyrights<br>[ ] 830 Patent | [ ] 430 Banks and Banking<br>[ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal<br>Injury Product | | [ ] 835 Patent - Abbreviated<br>New Drug Application | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted<br>Student Loans | [ ] 345 Marine Product<br>Liability | Liability | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and<br>Corrupt Organizations |
| (Excludes Veterans) | | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets<br>Act of 2016 | [ ] 480 Consumer Credit<br>(15 USC 1681 or 1692) |
| [ ] 153 Recovery of Overpayment<br>of Veteran's Benefits | [x] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards<br>Act | | [ ] 485 Telephone Consumer |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle<br>Product Liability | [ ] 371 Truth in Lending<br>[ ] 380 Other Personal | [ ] 720 Labor/Management<br>Relations | **SOCIAL SECURITY** | Protection Act<br>[ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 360 Other Personal<br>Injury | Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/<br>Exchange |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury -<br>Medical Malpractice | [ ] 385 Property Damage<br>Product Liability | [ ] 751 Family and Medical<br>Leave Act | [ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement<br>Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information<br>Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff<br>or Defendant) | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate<br>Sentence | | [ ] 871 IRS—Third Party<br>26 USC 7609 | [ ] 899 Administrative Procedure<br>Act/Review or Appeal of |
| [ ] 240 Torts to Land | [ ] 443 Housing/<br>Accommodations | [ ] 530 General | | | Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities -<br>Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of<br>State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities -<br>Other | **Other:**<br>[ ] 540 Mandamus & Other | [ ] 462 Naturalization Application<br>[ ] 465 Other Immigration | | |
| | [ ] 448 Education | [ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee -<br>Conditions of<br>Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original
  Proceeding
- [x] 2  Removed from
  State Court
- [ ] 3  Remanded from
  Appellate Court
- [ ] 4  Reinstated or
  Reopened
- [ ] 5  Transferred from
  Another District
  *(specify)*
- [ ] 6  Multidistrict
  Litigation -
  Transfer
- [ ] 8  Multidistrict
  Litigation -
  Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §1332(a)(1) and the amount in controversy exceeds $75,000.00
Brief description of cause:
The case stems from a motor vehicle accident that occurred on August 12, 2020.

| VII. REQUESTED IN<br>COMPLAINT: | [ ] CHECK IF THIS IS A CLASS ACTION<br>UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND:  [x] Yes  [ ] No |
|---|---|---|---|

| VIII. RELATED CASE(S)<br>IF ANY | *(See instructions):*<br>JUDGE   Scott N. Barrett | DOCKET NUMBER CVC20221109 |
|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| Sep 8, 2022 | *Sarah V. Beaubien* |

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.**  Civil Categories: (Please check one category only  ).

1. [✓]  General Civil
2. [ ]  Administrative Review/Social Security
3. [ ]  Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE:

CASE NUMBER:

**II.**  **RELATED OR REFILED CASES** See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled.  Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action: [ ] is **RELATED** to another **PENDING** civil case  [ ] is a **REFILED** case  [ ] was **PREVIOUSLY REMANDED**

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.**  In accordance with Local Civil Rule   **3.8**, actions involving counties in the Eastern Division shall be filed at any of  the divisional offices therein.  Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER.  UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1)  **Resident defendant**. If the defendant resides in a county within this district, please set forth the name of such county
**COUNTY:**
Corporation  **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

(2)  **Non-Resident defendant**. If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
**COUNTY:**

(3)  **Other Cases**. If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
**COUNTY:**  Hardin

**IV.**  The Counties in the Northern District of Ohio are divided into divisions as shown below.  After the county is determined in Section  **III**, please check the appropriate division.

**EASTERN DIVISION**

[ ]  **AKRON**  (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
[ ]  **CLEVELAND**  (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
[ ]  **YOUNGSTOWN**  (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

[✓]  **TOLEDO**  (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)